AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the

Western District of New York

UNITED STATES DISTRICT COURT FILED FEB 13 2015 MICHAEL J. ROEMER, CLERK WESTERN DISTRICT OF NY

United States of America

v.

Case No. 15-MJ- 4029

STEPHEN JONES a/k/a Steve-O, a/k/a Bless
KASANDRA WEEKS
LEEOSHA ALLEN a/k/a Mia

## CRIMINAL COMPLAINT

I, PETER UZAROWSKI, the complainant in this case, state that the following is true to the best of my knowledge and belief that in the Western District of New York, the defendants violated offenses described as follows:

On or about June 2013 through March 2014, **STEPHEN JONES a/k/a Steve-O, a/k/a Bless, KASANDRA WEEKS, and LEEOSHA ALLEN a/k/a Mia** agreed and conspired with each other and did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain persons, that had not attained the age of 18 years to be caused to engage in a commercial sex act, in violation of Title 18, United States Code Sections 1591(a)(1) and 1594(c).

On or about June 2013 through March 2014, **STEPHEN JONES a/k/a Steve-O, a/k/a Bless and KASANDRA WEEKS** agreed and conspired with each other and did knowingly, in and affecting interstate commerce recruit and maintain individuals to engage in commercial sex acts by using threats, force, fraud, or coercion, in violation of Title 18, United States Code Sections 1591(a)(1) and 1594(c).

**SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT PETER UZAROWSKI.**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

S.A. PETER UZAROWSKI, HSI/ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 13, 2015

*Judge's signature*

City and State: Rochester, New York

HONORABLE MARIAN W. PAYSON
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

15-mg-4029

# AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF MONROE ) SS:
CITY OF ROCHESTER )

Peter Uzarowski, being duly sworn, depose and state:

1. I am a Special Agent (SA) with the Department of Homeland Security, Homeland Security Investigations (hereinafter, "HSI"), assigned to the Special Agent in Charge, Buffalo, New York. I have been employed as a Special Agent since November of 2006. During my employment with HSI, I have participated in multiple investigations and/or criminal prosecutions concerning human trafficking and prostitution.

2. I am currently assigned to the Federal Bureau of Investigation's (FBI) Child Exploitation Task Force in Rochester, New York. This task force is made up of Special Agents from the FBI and HSI as well as investigators from the Rochester Police Department and the Monroe County Sheriff's Office.

3. As a member of the Child Exploitation Task Force, I am currently involved in an investigation that involves a violation of Title 18, United States Code, Sections 1591(a)(1) (Sex Trafficking of Children and/or Adults by Threats, Force or Coercion) and 1594(c) (Conspiracy). As such, 18 USC 1591 violations relate to individuals who knowingly in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain a person by means of force, threats of force or coercion to cause the person to engage in a commercial sex act or cause a person under the age of 18 to engage in the sex act.

4. My investigation specifically involves an individuals that promoted prostitution in the Western District of New York by advertising, arranging, and profiting from young women, who were either under the age of 18 or over the age of 18 but were forced to engage in commercial sex acts, which occurred in Rochester, New York, and elsewhere. As set forth below, Stephen JONES a/k/a Steve-O, a/k/a Bless, Kasandra WEEKS, and Leeosha ALLEN a/k/a Mia actively recruited, and managed females in the commercial sex trade. Specifically, JONES, WEEKS, and ALLEN combined to prostitute at least seven female children as well as utilizing force, fraud, or coercion to prostitute two adult females.

5. This affidavit is submitted for a limited purpose, that is, a probable cause determination for issuance of the sought criminal complaint and arrest warrant. Not all facts of the investigation are contained herein. The facts set forth in this affidavit are based upon my own personal knowledge; knowledge obtained from other individuals, including law enforcement officers and industry representatives; my review or the review by other law enforcement officers of documents of undercover law enforcement activities related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

**BACKGROUND OF THE INVESTIGATION**

6. On December 20, 2013, FBI Special Agent Barry Couch, HSI Special Agent Peter Uzarowski, Rochester Police Department Detective Brian Tucker, and Monroe County Sheriff's Deputy Chris Harrington responded a room at the Red Roof Inn in

Henrietta, New York after the occupant was identified as a possible trafficking victim. After knocking on the door, a 19 year old female, later identified as Confidential Witness 1 (CW1) answered the door. FBI Task Force Officer (TFO) Brian Tucker and HSI SA Peter Uzarowski interviewed CW1 about commercial sex operations operating in the Western District of New York. During the interview, CW1 provided information about the whereabouts of a 16 year old female date, hereinafter identified as Minor Victim 1 (MV1).

7. At the request of investigators, CW1 made a telephone call to MV1. The call was placed on speaker phone so law enforcement officers could hear MV1. During the call, MV1 stated she recently talked to "T" (Thaddeus Grice), who was the former pimp of both MV1 and CW1. Grice told MV1 that he was getting out of jail on Monday and wanted to know if MV1 was going to come back to work with him. MV1 stated that she was working with an individual she called "Steve-O" (JONES) now, and that she didn't know if she was going to go back to working for Grice. MV1 stated that she saw JONES one night and started working with him.

8. After her telephone call with MV1 concluded, CW1 provided information related to JONES. She described him as a black male with stubble on his face. CW1 stated he drove a black Audi 4 door that sits low to the ground, and he also goes by the name of "Bless". She stated she knows that he is a pimp, and utilizes backpage.com in furtherance of his sex trafficking. JONES uses fake (photographs of other women found on the internet) pictures of the females in his escort advertisements.

9. Investigators identified Steve-O, a/k/a Bless, as Stephen JONES, who is 27 years old and was born on September 19, 1987. A criminal history check of JONES reveals several arrests indexed under FBI#99020MC0, which relate to illegal possession of firearms, possession of controlled substances with intent to sell, harassment, and other various charges. JONES'S height is listed at 6'8" and he has a slim build. Many of the victims and witnesses in this investigation describe him as being tall and having a thin build. Since January 19, 2014, JONES has been incarcerated in at least three New York State facilities for a variety of state convictions.

INTERVIEW OF MINOR VICTIM 1

10. On December 20, 2013, TFO Tucker and SA Uzarowski interviewed MV1 after locating her in room 277 of the Extended Stay America, 600 Center Place Drive, Rochester, New York. During the interview, MV1 was questioned about prostituting for a guy named Steve-O (JONES). Initially, MV1 stated that Steve-O or Bless was her current boyfriend. She stated that she was not working for JONES, but JONES did get her the hotel room that she was found in, but he had left. After TFO Tucker advised MV1 that he knew she was just with a client, MV1 admitted this was true. MV1 admitted she was working as a prostitute for JONES for about two days.

11. MV1 stated on December 18, 2013 she started working for JONES and made $100, which all went to JONES. She said she worked at JONES'S house and did in calls. Afterwards, JONES paid for her nails to get done. MV1 denied that she worked yesterday. MV1 stated on the same day as the interview, JONES set her up in the hotel and paid for

the room before leaving. MV1 stated she just made $200 after having sex with a client in room 277. MV1 indicated that she was supposed to give the money to JONES.

LANCASTER, NEW YORK HOTELS

12. On January 22, 2014, HSI SA Keara Jamieson spoke with Captain Karn of the Lancaster Police Department (LPD). Captain Karn provided SA Jamieson with police reports of the details surrounding the encounters that the LPD have had with Stephen JONES.

13. On December 16, 2013, the LPD received a complaint from the front desk clerk of the Red Roof Inn, 146 Maple Drive, Lancaster, New York that a female rented two rooms (202 and 206) to engage in prostitution. The LPD questioned the occupants of the rooms and found no derogatory information at the time. The people present in the rooms were: Jerry Smith (male), Stephen JONES, Laurene Pacheco, MV1, and Confidential Witness 2 (CW2), who was a 19 year old female.

14. On January 6, 2014, the LPD conducted a traffic stop in the parking lot of a store at the corner of Genesee Street and Transit Road in Lancaster, New York. The vehicle was a 2007 tan Ford Taurus. The owner of the vehicle was Kasandra WEEKS. Before the patrol officer could approach the vehicle, a male, later identified as Stephen JONES, exited the front driver's side and began questioning the patrol officer as to why he was being pulled over. JONES stated that his girlfriend, MV1, was with him. The patrol officer advised JONES to return his vehicle. After JONES returned to the vehicle he got into the driver's seat, shut the door, and fled the scene.

15. On January 8, 2014, the LPD responded to the Microtel, 50 Freeman Drive, Lancaster, New York after receiving a report of a woman being assaulted. A taxi driver stated that he was attempting to pick up a female and her child, later identified as Kasandra WEEKS and WEEKS'S child, when a black male described as 6'6" wearing jeans and pink sneakers stopped her. This tall man then began punching WEEKS with a closed fist in the face and head. When the LPD entered the Microtel they noticed a black male fitting the description of the male who attacked WEEKS in the hall way. The black male ran into room 152 after seeing the LPD officers. When police attempted to gain entry, WEEKS answered the door. The LPD noticed that the window in the room was open and tracks in the snow beneath the window were present. WEEKS admitted that it was Stephen JONES who jumped out of the window.

16. The LPD later learned that JONES was associated with another room in the hotel (room 238). When the LPD knocked on the door and identified themselves, they could hear the window in the room being opened. When the door was opened, Leeosha ALLEN, a 20 year old female and MV1 impeded the officers' entry by blocking the door. The LPD again noticed the window to the hotel room open and fresh tracks in the snow beneath the window. MV1 admitted that it was JONES who jumped out of the window.

17. The LPD interviewed WEEKS who volunteered that she drove with her son from Rochester, New York to Buffalo, New York with Stephen JONES. The LPD noticed visible bruising and swelling to WEEKS'S face. WEEKS stated the injuries were caused by JONES but on another date. WEEKS claimed that she was trying to get into a cab with her son to travel back to Rochester, New York when JONES attacked her. WEEKS claimed

that he threatened to beat her up if she did not give him $700. WEEKS stated that she gave him the money out of fear but refused to press robbery charges against JONES and also refused to admit that JONES physically assaulted during this encounter. When the LPD told WEEKS that JONES had another hotel room where MV1 and ALLEN were found, WEEKS became upset and told LPD that JONES is a pimp and that ALLEN and MV1 are his prostitutes. WEEKS also told the LPD that JONES confided in her that he was recently chased by police while driving.

18. On January 19, 2014, JONES was arrested by the Rochester Police Department (RPD) Officers. Soon after his arrest, he was incarcerated at the Monroe County Jail.

INTERVIEWS OF COOPERATING WITNESS 1 & COOPERATING WITNESS 3

19. On January 31, 2014, SA Uzarowski and TFO Harrington conducted a follow-up interview of CW1 in Henrietta, New York. During the interview, CW1 stated she heard that JONES was in jail and that MV1 began working for a madam who took MV1 to Buffalo, New York to work as an escort. CW1 admitted that she worked as a prostitute for JONES in November 2013 or December 2013 for about two weeks after Thaddeus Grice physically assaulted her. CW1 stated she stopped working for JONES after he hit her. CW1 stated JONES was "really, really tall; skinny more than six feet tall."

20. On February 14, 2014, SA Uzarowski and TFO Harrington interviewed a male inmate at the Orleans County Jail in Albion, New York. This inmate, hereinafter Confidential Witness 3 (CW3) stated he worked for JONES in September and October of

2013 while helping with JONES'S escort service. CW3 stated that they would post advertisements on backpage.com for the service. CW3 stated that JONES also went by the name "Bless". CW3 stated he knew that JONES tried to recruit a 17 year old female to work for JONES. This female will be referred to as Minor Victim 2 (MV2). CW3 also stated that JONES used a 22 year old female, hereinafter referred to as Adult Victim 1 (AV1), as a prostitute in his commercial sex operation. CW3 stated that JONES "kidnapped" AV1, beat her up "real bad," and took her to Buffalo, New York to work as a prostitute.

21. CW3 stated that JONES told him to get more white girls for the escort business. CW3 said that JONES liked to deal with females who were white, Hispanic or biracial. When asked why, CW3 explained that most of the guys they dealt with owned their own businesses and wanted lighter skinned females. CW3 also said that black girls were more difficult to control. CW3 stated that JONES preferred to work in smaller towns rather big cities. And once he found the girls, JONES got them hooked on heroin and then took out the cost of the heroin from their prostituting. CW3 stated that he believes JONES shares the money with his light skinned black madam. CW3 was asked how JONES recruited girls for prostitution. CW3 replied that JONES would often go to the DSS (Department of Social Services) building or one of the women shelters and wait outside until girls came out. CW3 said that JONES knew when girls would be released from the shelter because it occurred at the same time of the day. JONES would start a conversation with the girl and offered to give them drugs. When the girls eventually became hooked on the drugs, JONES made them become an escort to buy more drugs.

INTERVIEW OF MINOR VICTIM 2

22. On February 26, 2014, SA Uzarowski and TFO Harrington interviewed MV2 who stated that she was currently 18 years old. MV2 stated that in July 2013, she was walking to the corner store in the area of Lyell Avenue and Child Street in Rochester when JONES called her over to his car. MV2 stated that she was wearing shorts and a tight shirt and believes this is why Bless spoke with her. Also inside the car were two biracial females. JONES asked MV2 if she wanted to make money. When MV2 told him that she did, JONES explained that he would set her up with clients. "It sounded good at the time," MV2 stated. MV2 agreed to work for JONES, so JONES told her he would pick her up later that night. MV2 was 17 years old at the time. MV2 stated that JONES asked her age, but she told him she was 18. She stated she never gave her real name to JONES or anyone else involved.

23. JONES later picked MV2 up and gave her some guidelines before she met the clients. The first was that she had to ask the client if he was with the authorities (law enforcement). JONES told MV2 that clients were required to reveal if they were law enforcement. The second guideline was that MV2 should get the client's money first, and then put the money in a safe place. JONES and the two biracial females drove MV2 to the Comfort Inn, but MV2 was not sure of the location.

24. MV2 believed everyone involved was using throw-away cellular telephones. MV2 did not know how ads were being created for her and never saw an advertisement but believed either one of the girls or JONES was using backpage.com to advertise for her. MV2 stated that she was supplied with condoms and was given a "blunt" to smoke. MV2 stated

that she had two clients that night, both white guys in their 30's or 40's. For the first client, MV2 states she used the name "Carmen" and performed oral sex and had intercourse with the male. The male paid her $140. The second client paid $100 for intercourse only. MV2 could not remember the name she gave to the second male but said it started with an "S" like Sophie. MV2 stated she used names she liked. A female, hereinafter referred to as Adult Victim 2 (AV2) was in the bathroom each time MV2 met with a client.

25. After meeting the first client, MV2 gave all the money to AV2, who was the other girl working for JONES. AV2 then gave half of the money back to MV2, which was about $70. MV2 gave the money from the second client to Bless, who returned approximately $50 to her. MV2 stated that she made approximately $120 for the night and was dropped off at her friend's house around 12:30 a.m.

26. MV2 was shown a photo array, in which Stephen JONES was placed in the "Number 3" position, and she was asked if she recognized any of the six individuals. MV2 immediately responded that both Number 2 and Number 3 looked like the man that she worked for as a prostitute in July 2013.

INTERVIEW OF KASANDRA WEEKS

27. On March 14, 2014, TFO Tucker and SA Uzarowski interviewed Kasandra WEEKS at her residence in Rochester, New York. During the interview, WEEKS stated that she has known JONES since January 2013 and that she was pregnant with JONES'S child. WEEKS stated that she lived in Geneva, New York until September of 2013, and at that point she moved to Rochester, New York.

28. WEEKS stated in January 2014 she was in Lancaster, New York with JONES. WEEKS stated that she had no idea that MV1 and Leeosha ALLEN were in Lancaster prostituting for JONES in the same hotel. WEEKS told JONES that he needed to change his ways and stop sleeping around and that MV1 was only 16 years old.

29. WEEKS stated that right after the Lancaster incident JONES, MV1, and ALLEN went to Albany, New York for the purpose of prostitution. WEEKS stated that she knew this because she searched his number on backpage.com and found escort advertisements on backpage.com in Albany, New York which displayed JONES'S cellphone number. WEEKS said she saw the advertisement and saw fake pictures. She believed that MV1 was one of the girls being prostituted by JONES on that occasion. WEEKS also admitted that, at the time of the interview, she lived with Adult Victim 2 (AV2) and that AV2 had a heroin addiction.

INTERVIEW OF MINOR VICTIM 5

30. On March 28, 2014, TFO Tucker and SA Uzarowski interviewed Minor Victim 5 (MV5) at the Livingston County Jail. Investigators interviewed MV5 after investigators observed WEEKS and MV5 posing in photograph together, which was posted on WEEKS'S Facebook page in the year 2012. At the time of the picture, MV5 was sixteen years old. MV5 was asked if she knew a girl named Kasandra. MV5 said, "she had me in Fort Drum working; my mom had to come pick me up". MV5 confirmed that she when she said "working" she meant working as a prostitute. MV5 said, "I don't like her; she took all my money and gave me dope." MV5 then stated that Kasandra's full name was Kasandra WEEKS. MV5 later confirmed that WEEKS knew she was under 18 years of age at the time WEEKS approached her to prostitute for her.

31. Investigators reviewed conversations between WEEKS and MV5, which were conducted on Facebook's instant messenger. The conversation begins, on August 28, 2011, and the two females talk about the prospects of working together in the commercial sex business. On November 7, 2012, MV5 told WEEKS that she will tell the authorities about how WEEKS profited from MV5's prostitution work even though MV5 was just seventeen years old at the time. WEEKS responded by telling MV5 that whatever she did in her own room was on her (MV5).

32. MV5 said she had more than five dates while working for WEEKS, and she thought she earned $120 for the half hour and $200 for an hour. MV5 said she gave WEEKS half and MV5 got to keep half the money. However, a short time later, WEEKS would then take MV5's half too claiming additional expenses and the need to pay for MV5's heroin. MV5 said she worked for about two days in Fort Drum, New York with WEEKS. MV5 stated that some of the guys were disgusting, and she refused to have sex with them. MV5 said that she told some of the customers that she would give them a massage, but would not have sex with them. When MV5 got tired of this, she called her mother who was upset at MV5. At MV5's request, MV5's mother drove to Watertown, New York, and brought MV5 home to Rochester, New York.

<u>QUALITY INN, BUFFALO, NEW YORK</u>

33. On April 7, 2014, HSI SA Peter Uzarowski received hotel receipts from the Quality Inn, which is located at 4217 Genesee Street, Buffalo, New York 14225. On November 18, 2013, Stephen JONES checked into room 200 at the Quality Inn. On November 21, 2013, JONES checked out. The cost of the room was 258.93. In the

electronic (computer) reservation system, Navi Kang, the Quality Inn's general manager wrote the following note about JONES, "he's a weirdo, gives off bad vibes to other guests. Might be a pimp, people have seen him with young girls. Kick him out with any good excuse." On December 16, 2013, Stephen JONES rented room 326 at the Quality Inn. On December 17, 2013, he checked out after paying $92.00 by visa.

INTERVIEW OF COOPERATING WITNESS 2

34. On April 10, 2014, TFO Tucker and SA Uzarowski interviewed CW2 at the Albany County Jail in Albany, New York. CW2 stated she first met Stephen JONES a/k/a Steve-O around the middle of summer in 2013, when CW2 was 18 years old. She stated JONES was born in 1987 and that he is a tall, black, skinny male. CW2 said she met JONES while walking down a street in her neighborhood. JONES was driving down the street, pulled over, and engaged CW2 in conversation. They exchanged telephone numbers, and they soon began texting each other. CW2 indicated that she began dating JONES.

35. CW2 stated that she began going on trips with JONES to Buffalo, New York. Prostitutes working for JONES would accompany them to the hotels. CW2 stated that JONES was taking her out to eat, providing her ecstasy, providing her marijuana, and buying her alcohol to drink almost daily. CW2 stated that about two months after first meeting JONES, around late August 2013 or September 2013, she began to feel pressure from JONES about working as a prostitute. CW2 stated she loved JONES and wanted to please him, so she told JONES that he could post CW2 in the body rub section of backpage.com. CW2 said she did not want to work as a prostitute.

36. CW2 stated that shortly after she began doing body rubs, JONES tricked her into servicing a client as a prostitute. She had thought JONES posted her as a body rub massage worker, but he had actually posted CW2 in backpage.com as an escort offering prostitution. CW2 stated she provided sex to a client in exchange for money, but then the client robbed her of the money. She explained this to JONES, and JONES beat her up.

37. CW2 estimated that by September 2013 she was working as a prostitute nearly every day for JONES. CW2 stated they often worked at hotels in Henrietta, New York (Extended Stay) and at the Holiday Inn located in Greece, New York. CW2 stated that JONES would book the hotels on the internet and he would normally check in utilizing someone else's name. CW2 stated Kasandra WEEKS works as a pimp too, but that JONES was getting WEEKS'S money as well. CW2 said WEEKS was actually working girls as prostitutes when JONES met WEEKS, and she taught him the prostitution "game."

38. CW2 stated that WEEKS had a drug addict female (AV2) from Geneva, New York prostituting for her. CW2 stated that Mia's real name is Leeosha (ALLEN), and that JONES and ALLEN started working together in January 2014 or February 2014.

39. CW2 stated she met MV1 around or about December 2013 while they both were working at the Extended Stay hotel in Henrietta, New York. CW2 stated that MV1 was working for a guy named "T" (Thaddeus Grice). MV1 stopped working for "T" and began working with JONES. That same night, CW2, MV1 and JONES went to Buffalo, New York to prostitute. CW2 stated that MV1 serviced (sex for money) clients that night and CW2 knows that she (CW2) had at least one "lick" (client).

40. CW2 stated that when she first started working as a prostitute for JONES, they would use real pictures in the backpage.com advertisements. CW2 stated that in the photographs she would be in her underwear. CW2 stated, after a while, JONES only used fake pictures (pictures of other unknown females, which were copied and pasted from the internet to JONES's backpage.com advertisements). CW2 said she never saw JONES and MV1 have sex, but CW2 knew that they had had intercourse. CW2 asked JONES why he, "was messing with (MV1); she is underage." CW2 stated that JONES said he did not care about MV1's age.

41. In January 2014, JONES was arrested. CW2 stated that immediately following JONES'S arrest MV1 began working as a prostitute for ALLEN and ALLEN took all of MV1's money. MV1 only stayed with ALLEN for a short period of time.

42. CW2 stated that JONES had people watching CW2 and her prostitution activities, including Christian Nartey (Brisco) Maraida Echevarria, and JONES'S sisters. CW2 stated that she was very afraid of what JONES could have done to her. CW2 stated that she received a call from JONES while he was in jail and JONES told CW2, "to get that bitch (MV1) on the fucking phone. She signed a statement against me." CW2 confirmed she did this via a three-way call. She explained that JONES called her and she had to call MV1. Once JONES started talking to MV1, CW2 just let them talk. The investigation has revealed that this conversation occurred around or about March 14, 2014.

43. CW2 stated that JONES told her to go out to Albany, New York with MV1 and MV3. CW2 stated that she, MV1, and MV3 worked as prostitutes for JONES in

Albany, New York at the following hotels: Days Inn, Howard Johnson, and the Econo Lodge. CW2 stated that Nartey a/k/a Brisco posted the advertisements at first for the girls, but then CW2 took over putting up the advertisements. CW2 stated that JONES made CW2 send the profits of the prostitution of the girls to him by putting the money in his commissary at the Monroe County Jail. CW2 also said she placed money on JONES'S account in person at the jail. She stated she also sent $3000 worth of postal money orders from Albany to the JONES'S jail commissary account. CW2 stated that the money orders were returned to her mother's house because JONES was transferred to a different state jail. Additionally, she gave $3000 in prostitution proceeds to Nartey a/k/a Brisco who would drive up and get the money to deliver to JONES.

INTERCEPTED JAIL CALLS FROM STEPHEN JONES

44. CW2 and JONES had several recorded telephone conversations while CW2, MV1, and MV3 were in the Albany, New York area, and JONES was incarcerated in the Monroe County Jail. During these conversations, it appears that JONES was acting in a supervisory role and instructing CW2 on how to earn money by prostituting MV1 and MV3. In addition, JONES requested that CW2 reach certain profit goals and that she deposit the money into his commissary account at the Monroe County Jail. Below are examples of JONES and CW2 discussing the activities, strategies, potential new recruits, and goals of their commercial sex operation.

45. On March 23, 2014, JONES called CW2. JONES stated that CW2 is one of the few people that understood JONES. JONES said that every female can only be "ran" by another female for so long. Eventually, the female will run off to a "nigga." JONES said

that is what makes "our team," so amazing. JONES said that he knows how to keep them around. JONES said that there is just something about him. JONES recounted the process of courting/recruiting CW2. JONES said that he told her that she does not need to work (as a prostitute) at first, but rather, just do massage therapy. JONES explained that when he touches the streets again he will be right back to where he was.

46. On March 24, 2014, JONES called CW2. JONES asked if CW2 checked on them (MV3 and MV1), and CW2 says yes. JONES asked if CW2 told one of the girls that she has to color her hair brown again. JONES explained that it looks ugly if you do not have blonde eyebrows. JONES explained that she (MV1) has too much brown hair. JONES said he wants to see how the girls look.

47. On March 28, 2014, JONES called CW2. They fought about the lack of money CW2 was sending him in jail. JONES said there are "three of you now" and that before it was only her (CW2). JONES said someone in the group has been slacking. CW2 says all her money is going to cabs and that it seems she cannot do anything right. CW2 said she needs to go to the store for necessary things like condoms. JONES said she must be slacking since she doesn't have as much as she had in the past. CW2 said that he is right; she is slacking. JONES said CW2 has been slacking, cooling, and calling shots. JONES told CW2 that she figures she doesn't need to work because she's calling shots.

INTERVIEW OF MINOR VICTIM 3

48. On April 10, 2014, TFO Tucker and SA Peter Uzarowski interviewed MV3. During the interview, MV3 stated that JONES has all the money she has ever earned from

prostitution since she left the shelter, except for the $400 she earned off of two clients right before they got arrested. MV3 stated that JONES would call CW2 often. MV3 stated that when she talked to JONES he would ask, "How are my girls doing? They making money?"MV3 stated that Echevarria and JONES, "run this" (the commercial sex operation). When asked who she was working for, MV3 stated she worked for JONES through CW2. MV3 stated both she and MV1 wanted to stop working, but CW2 said they had to stay and earn some more money. MV3 stated CW2 just follows JONES'S "words." MV3 stated that CW2 told MV3 to color her hair blonde. MV3 stated that CW2 went to the bathroom to talk on the phone with JONES, came out of the bathroom, and said, "Steve-O thinks you'll make more money as a blonde."

INTERVIEW OF MINOR VICTIM 1

49. On April 11, 2014, TFO Tucker and SA Uzarowski interviewed MV1 in Rochester, New York. During the interview, MV1 explained she first met JONES at the Extended Stay hotel in Henrietta, New York when she was 16 years old. MV1 stated she thinks it was the day or day after "T" (Thaddeus Grice) was arrested (December 11, 2013). MV1 stated "T" had left her at the Microtel then left and got arrested. Another female prostitute took MV1 to the Extended Stay hotel. MV1 stated that while at the hotel she met JONES for the first time. MV1 stated that during that talk with JONES, MV1 decided to work for JONES as a prostitute. MV1 said it was a mutual thing. JONES wanted her to work for him, and she needed someone to work for. She also met CW2 and Brooke that night as well, and they both were already working for JONES. MV1 stated that JONES posted a backpage.com advertisement right away for MV1. MV1 stated she knew JONES

and Kasandra WEEKS were dating and that WEEKS pimped girls as well, specifically, AV2

50. MV1 recalled being at the Extended Stay hotel in Greece, New York, on December 20, 2014. This was the night that TFO Tucker and SA Uzarowski interviewed her at the hotel. MV1 stated that she was working as a prostitute for JONES that night, and he was the one that drove them to the hotel. MV1 also recounted the time she was with JONES in Lancaster, New York when her and JONES got into a car chase. According to LPD records, this event happened on January 6, 2014. MV1 stated JONES was bringing MV1 from Rochester to Lancaster for the purpose of prostitution. In Lancaster, they passed a police officer who was in a parking lot, and they got pulled over. At this point, JONES advised MV1 that he was illegally in possession of a handgun. MV1 indicated the gun was small and JONES stored the gun inside of a glove. JONES and MV1 fled from the police in the vehicle they had been traveling in. When they were out of sight, they parked the car and took a taxi to a local hotel. Once at the hotel, MV1 and Leeosha ALLEN worked as prostitutes for JONES. MV1 knew that WEEKS was also there, but JONES kept them apart.

51. A day or so later, the police came looking for JONES again, and he jumped out the window in their room. MV1 stated that she was arrested that night for blocking the door so the police could not get into the room and arrest JONES. MV1 stated that ALLEN bailed both herself and MV1 out of jail, and they returned to Rochester, New York. MV1 said JONES got away from the police. MV1 stated, when they returned to Rochester, JONES, ALLEN, and MV1 traveled to Albany, New York to engage in prostitution for JONES.

52. MV1 stated that JONES would post the advertisements on backpage.com utilizing his two iPhones. She said that JONES would regularly provide her with marijuana and alcohol. MV1 indicated she worked for JONES in Buffalo, Rochester, and Albany, New York. When she worked for JONES, she turned over all of the money she earned from prostituting to him. MV1 said that on the night JONES got arrested (January 19, 2014) he was supposed to pick MV1 up, and they were going to a hotel to prostitute.

53. After JONES was arrested, MV1 started working as a prostitute for ALLEN for about two weeks. At first, ALLEN would keep all the money the two were earning, and it was all supposed to go back to JONES. MV1 said at the end of her time with ALLEN she would give ALLEN half of her earnings. During this time, MV1 would have about five to six dates (sex for money) a day and was earning at least $1000 per day. MV1 stated she believes they were staying at the Microtel. MV1 said ALLEN began to act mean towards MV1, so MV1 wanted to go home. MV1 stated that she had earned enough to leave and make it home.

54. MV1 was asked if she knew of any other underage girls that worked for JONES. MV1 stated that she believed that a 16 year old female, hereinafter identified as Minor Victim 4 (MV4) also briefly worked for JONES. Sometime after her December 20, 2013 encounter with TFO Tucker and SA Uzarowski, MV1 took a trip to Buffalo with Paul James, JONES, ALLEN, and MV4. On this trip, MV4 did not work as a prostitute. MV1 said she got into an argument with JONES, and he almost pushed her down a flight of stairs. JONES took MV1 home, but MV1 knows that JONES took MV4 to downtown Rochester and worked MV4 as a prostitute. MV1 believes MV4 was working out of the

Hyatt or the Radisson, and that MV4 made JONES a lot of money. MV1 stated that she thinks JONES wanted MV1 to engage in a three-way sexual act with him and MV4, but MV1 refused. MV1 stated that there was another time when JONES picked up MV4 from her home and took her to a small motel on Ridge Road called in Spencerport, New York. MV1 believes MV4 prostituted for JONES there as well.

INTERCEPTED JAIL CALLS BETWEEN JONES AND ALLEN

55. MV1's relationship with ALLEN and JONES are documented in monitored telephone calls between ALLEN and JONES, while JONES was incarcerated in the Monroe County Jail. Below is sample of their conversations, which discuss utilizing MV1 as a prostitute in their commercial sex operation.

56. On January 21, 2014, JONES called ALLEN. During the call, JONES asked to speak with MV1, and MV1 got on the phone. JONES explained to MV1 her boy, "T" (MV1's former pimp, Thaddeus Grice), is in prison with him. JONES stated that "T" said that MV1 is out there making money for him and holding it down for him. JONES explained to MV1 that "T" has no idea JONES now ran MV1 and her business. JONES asked MV1 if "she's thuggin." MV1 responded by saying, "yup, makin that money." JONES asked MV1 to "let him hold some of that." MV1 responded that it is all going to him anyway.

57. On January 22, 2014, JONES called ALLEN. ALLEN asked JONES if she should post her (MV1). JONES explained, if she does, it will work, and there will be a lot of

calls. JONES asked what pictures ALLEN is using. ALLEN explained she took pictures of her last night. She will edit the pictures and post them.

58. On January 23, 2014, JONES called ALLEN. ALLEN said she is thinking about going to Buffalo (with MV1 and another prostitute) because it is pay day out there. JONES reminded her that it is the end of the month and things are going to be slow. JONES also informed her that the month of February will be crazy because of tax returns.

59. On January 23, 2014, JONES called ALLEN. During the call JONES expressed concern with ALLEN'S income. ALLEN explained she will handle it. JONES argued that if MV1 got "six licks"(clients who pay for sexual services) that's only six hundred dollars. JONES explained that if Pacheco was with them, then they should have had made at least 900 dollars. ALLEN argued she had to pay for the expenses, and JONES countered that he was in the same position when he was out of jail; and they never spent that much money.

60. January 23, 2014, JONES called ALLEN. JONES expressed that he is still upset. JONES said he is mad that he cannot control business. JONES explained that he wants everyone to bring him the money. JONES stated that he does not want ALLEN to control the money anymore. JONES explained he wants everyone to have their own phones and answer their own calls. JONES was concerned with ALLEN spending his money that Pacheco (another prostitute) and MV1 were making.

STEPHEN JONES'S COMMISSARY ACOUNT

61. From January 21, 2014 to April 2, 2014, multiple individuals deposited $4166.00 into JONES'S commissary account at the Monroe County Jail, where JONES was incarcerated at the time. These depositors have the ability to identify themselves at the jail commissary kiosk and include: Kasandra WEEKS, Leeosha JONES (believed to be Leeosha ALLEN), Brooke Loveya (believed to be a prostitute), and CW2. The $4166 total does not include the $3000 in money orders that were sent to the jail by CW2, which were subsequently returned to CW2's house because JONES had been transferred to another state prison.

62. On April 29, 2014, Kasandra WEEKS called the FBI Rochester office and asked to speak with someone regarding JONES. WEEKS spoke to TFO Tucker, and WEEKS told TFO Tucker that she wanted to talk to investigators regarding Stephen JONES. WEEKS stated that, on March 14, 2014, she was not completely truthful with investigators. She wanted to provide more information about JONES, and she was being harassed by JONES'S associates and family.

INTERVIEW OF KASANDRA WEEKS-APRIL 30, 2014

63. On April 30, 2014, TFO Tucker and SA Uzarowski interviewed WEEKS after she voluntarily arrived at the FBI office in Rochester, New York. WEEKS stated that she met JONES, aka Steve-O, in March 2013 or April 2013 after she was introduced to JONES by Christian NARTEY a/k/a Brisco. WEEKS stated that around March 2013 or April 2013 she began dating JONES on and off for a period of time. WEEKS stated that JONES had told her that he worked as a pimp in the past. JONES explained that he had

recently got out of jail, but before he went to jail, he had worked in the commercial sex trade.

64. In the beginning of the summer of 2013, WEEKS went back to dating JONES, and she brought AV2 with her. WEEKS stated that for about three months, JONES, WEEKS, and AV2 lived in and around the Henrietta, New York area in hotels. JONES asked WEEKS to post AV2 on backpage.com so that AV2 could make JONES money by prostituting. WEEKS stated that she did this for JONES and the three supported themselves financially off of the money AV2 brought in doing prostitution. WEEKS said her backpage.com account is under the email address "mauricewilliams5836@yahoo.com" and that this is the account she still used when utilizing backpage.com. Investigators received information from backpage.com related to this email account. Beginning in 2011, hundreds of escort advertisements were posted on backpage.com and were affiliated to this email account. These escort advertisements were posted in Buffalo, Rochester, Syracuse, Atlantic City, Virginia Beach, and other cities.

65. WEEKS stated that she stopped dating JONES in the summer of 2013 because JONES was being mean to AV2, and he was not taking care of WEEKS and AV2. WEEKS stated that they (WEEKS and AV2) did not even have food to eat. In August of 2013, WEEKS and JONES reunited. WEEKS stated that when she got back with JONES on this occasion, there were new girls working for JONES as prostitutes. The first girl utilized the name Brooke, but her real name was Kara. WEEKS stated that she would not post for Brooke, but JONES had obtained his own account and would do the posting for his girls on his iPhone. WEEKS stated that JONES utilized the following email addresses

while posting backpage.com advertisements: "StephenJonesBless@gmail.com" and "StephenJonesBless@yahoo.com." Investigators received information from backpage.com related to JONES's email accounts. Investigators reviewed the advertisements and found that hundreds of escort advertisements were posted on backpage.com and were affiliated to StephenJonesBless@gmail.com account.

66. WEEKS was asked about her encounter with the LPD in January of 2014. WEEKS stated on this occasion she traveled to Lancaster, New York in her car with JONES, and her friends for the purpose of shopping. At some point, JONES borrowed WEEKS'S car and was gone for about four hours. WEEKS did not know where JONES had gone with her vehicle. WEEKS later learned that Leeosha ALLEN and MV1 were also at the hotel, but she had "no idea," that they were there. WEEKS speculated that when JONES left with her car, he had picked up the ALLEN and MV1 so that they could work as prostitutes at the hotel for JONES. WEEKS stated that she told JONES not to "mess" with underage girls.

67. WEEKS stated, when she discovered that the other females were at the hotel, WEEKS became upset and tried to leave. WEEKS said she contacted a taxi, dressed her son, and then went to a nearby hotel to meet the taxi. WEEKS indicated that JONES came and confronted her. During the argument, JONES stole $800 from WEEKS. WEEKS indicated that this was money that she had saved through assisting others with prostitution. WEEKS admitted that at the time she had various bruises on her body and her face was swollen from a physical assault by JONES a couple of days earlier at the hotel.

68. WEEKS stated that she returned to Rochester, New York after the Lancaster incident without her car because it had been impounded by the LPD after they chased JONES. WEEKS stated that she believed JONES went to Albany, New York. WEEKS came to this conclusion because she looked on backpage.com and saw advertisements for MV1 and ALLEN in the Albany, New York area. WEEKS explained that she could tell which advertisements were placed by JONES because of the style of his writing and the "bubble" font (circles around each letter or character) that he utilizes in the advertisements. WEEKS emailed investigators three screen shots of advertisements that she said were posted by JONES.

69. At this point, WEEKS stated, "I am not a pimp; I don't run girls." WEEKS explained that girls ask her to post backpage.com advertisements for them because she is good at creating successful advertisements. WEEKS said all she does is post the ads, and she takes a cut of the proceeds from the girls after the girls are compensated by their clients for the sex acts provided.

70. WEEKS stated that while JONES was in Monroe County Jail in January 2014 through March of 2014, she put money on JONES'S commissary account. WEEKS estimated that she deposited $1600 on the account over the course of two weeks. When asked if the majority of the $1600 was from the proceeds of prostitution, WEEKS said, yes, it was from prostitution. WEEKS stated that during some of the conversations that she had with JONES while he was in jail, JONES instructed WEEKS to post AV2 on backpage.com. JONES told WEEKS that she should bring the proceeds of AV2'S prostitution to the jail and put it on his commissary account.

71. WEEKS stated that she was not like JONES; WEEKS stated that she never forced anyone to do anything. WEEKS stated that they (WEEKS and AV2) did it (were involved in the commercial sex business) to pay the bills, and that the girls worked when and if they wanted. WEEKS explained that JONES required girls to work every day/all day, but with WEEKS the girls only worked when they needed to get money to pay bills. WEEKS again stated that she never made anyone do anything, and that the girls just give WEEKS a "cut" of the money for posting them on backpage.com.

72. WEEKS also stated that JONES prostituted a girl named (AV1) in Buffalo, New York for one day. WEEKS explained that (AV1) was a drug addict. AV1 got a ride back from Buffalo, New York to Rochester, New York because she did not want to prostitute anymore.

## INTERVIEW OF MINOR VICTIM 6

73. On July 8, 2014, Deputies John Watson and Stephen Thompson interviewed MV6 at the Monroe County Sheriff's Office. MV6 stated that she first met Kasandra WEEKS on the website myyearbook.com, which is now called meetme.com. WEEKS messaged MV6 about how MV6 could get money by working as an escort. MV6 stated that she received this message in September 2012, when she was still sixteen and a senior in high school. MV6 said she did not know what an escort even was, but she did not want to tell WEEKS that because MV6 did not want to look stupid. WEEKS told MV6 to get $11 and take the Greyhound bus to Geneva, New York. Once in Geneva, WEEKS would either pick her up or MV6 could call a cab. MV6 did as WEEKS instructed and arrived in Geneva. WEEKS called a cab for her, and MV6 took the cab to WEEKS'S house.

74. MV6 said she traveled to WEEKS'S house for a weekend. On the second day of the trip to WEEKS'S house in Geneva, WEEKS and her aunt drove MV6 to several different houses so that MV6 could have sex with the men inside in exchange for money. MV6 said she did not know what to do until they arrived at the houses. At that point, WEEKS explained to MV6 that MV6 was going to have sex with the men for $50. MV6 said that she was not going to do that, but WEEKS said that MV6 would have to if MV6 wanted to go to Buffalo. MV6 explained that the houses were filled with Mexican guys who did not have "papers" (legal immigration documents to be present in the United States). MV6 said she got to keep the $50, and MV6 said she made $450. MV6 said she had sex with at least nine men that night. MV6 stated that she did not want to have sex with any of the men. MV6 clarified that she wanted to go to Buffalo. MV6 said that WEEKS told her that they were going to either leave MV6 there; tell her family and friends what she was doing (prostituting); or MV6 could earn the money so that they could go to Buffalo, New York.

75. After the weekend ended, MV6 and WEEKS went to Buffalo, New York and stayed at a Microtel hotel there. WEEKS created two advertisements for MV6. When the clients came, WEEKS would go into the bathroom. MV6 stated that WEEKS would make her work even if MV6 was tired. While in Buffalo, MV6 stated that she had sex with about 20 clients. MV6 explained that MV6 kept half of the profits and WEEKS kept half.

76. MV6 went back home to Rochester, New York and explained to WEEKS that she was still in high school. MV6 stated that WEEKS had MV6 doing powder cocaine. MV6 explained that she was living with her grandmother, but WEEKS was living in

Geneva. MV6 said WEEKS posted her (on backpage.com) every day. MV6 ended up getting a boyfriend, but WEEKS ended this relationship because WEEKS told MV6 that it was distracting her (MV6's) from work. MV6 stated that she stayed in Geneva for about three or four months. MV6 estimated that during that time she probably had about 70 or 80 clients. She stated that everyday WEEKS would post two advertisements per day.

77. MV6 stated that after a couple of months, MV6 went back to live with her grandmother. MV6 stated that she told her grandmother that she had used drugs, including ecstasy, because MV6 wanted to go to rehab. The grandmother called the police, and MV6 got arrested. MV6's mother picked MV6 up from jail, but MV6 went back with WEEKS because she had no place to stay. MV6 believed that WEEKS was staying at JONES'S cousin house in Rochester, New York at the time. MV6 stated that she did do "licks" out of that location, while she was still only 17 years old. MV6 stated that she started a relationship with WEEKS'S best friend Christian Nartey a/k/a Brisco, and this upset WEEKS. WEEKS said Brisco was distracting MV6 from her money. In July 2013 or August 2013 MV6 ran away from WEEKS. MV6 said she did not reunite with WEEKS until January 2014. By this time, WEEKS was prostituting AV2 and another female, hereinafter referred to as Minor Victim 7 (MV7).

78. MV6 stated that MV7 ended up taking AV2 away from WEEKS for a while. MV6 stated that WEEKS was constantly looking to get AV2 back. WEEKS even said she was going to beat up and kidnap AV2. WEEKS threatened both MV7 and AV2. WEEKS eventually found AV2 when they had to attend court together in Buffalo, New York. MV6 indicated that she and AV2 were working for WEEKS, and they (AV2 and MV6) became

close friends. WEEKS did not allow the girls to leave the house. WEEKS would post the advertisements for AV2 and MV6.

79. MV6 stated that WEEKS answered the phone from the clients for both AV2 and MV6 because WEEKS was good at getting the customers to come. MV6 stated that once federal agents came to WEEKS'S house (on March 14, 2014), they could no longer work at this address. MV6 stated that WEEKS would always leave AV2 "dope sick" so that AV2 would want to work and make money to buy heroin. MV6 stated that that was how WEEKS controlled AV2. MV6 stated that the last time she worked for WEEKS was June 2014.

RECORDED JAIL CALL FROM STEPHEN JONES TO KASANDRA WEEKS

80. On January 19, 2014, JONES was arrested by the Rochester Police Department, and he was incarcerated in the Monroe County Jail. During his time there, he made several monitored telephone calls to WEEKS. In some of these calls, WEEKS and JONES discuss their commercial sex operation, AV2, and MV6. For instance, on March 2, 2014, JONES called WEEKS and asked who she was with. WEEKS replied AV2, Hailey, and MV6. WEEKS indicated that she was in Buffalo, New York and had rented two hotel rooms. After additional conversation, WEEKS asked if he can call back in thirty so she can post all the ads and get the other room.

INTERVIEW OF ADULT VICTIM 2

81. On July 8, 2014, Deputies John Watson and Stephen Thompson of the interviewed AV2 at the Monroe County Sheriff's Office. AV2 stated that she has been

involved in the prostitution since March 2013. In October 2012, AV2 stated she got out of jail after she had been arrested as an accessory to a burglary. When she got out, she began smoking crack instead of using heroin, which was her previous drug of choice. AV2 explained that Kasandra WEEKS, who AV2 described as a pimp, was dating a crack dealer. AV2 stated that she bought crack from him and that is how she met WEEKS.

82. After they met, WEEKS told AV2 that she could make a couple thousand dollars a day in Buffalo, New York through working as a prostitute. WEEKS explained to AV2 that she would charge $120 for 30 minutes and $160 for an hour and WEEKS would keep half of the money. AV2 said she was broke and agreed to this. AV2 said that they went to the Millennium Hotel located in Cheektowaga, New York in March 2013. After this trip, AV2 never returned home again.

83. AV2 explained that WEEKS set up the escort advertisements on backpage.com. AV2 stated that she got to keep half of her prostitution earnings for only about two days. AV2 said she (AV2) would spend all her money on crack. She said that basically WEEKS would get half the money, and WEEKS'S boyfriend would get the other half because AV2 was using her earnings to buy crack from him. AV2 stated that after a few days, WEEKS decided to take all the money so that WEEKS could budget the money for AV2's clothing and drugs. AV2 stated WEEKS also decided that AV2 should use heroin instead of crack because AV2 would not crave heroin as much. AV2 stated that all of this occurred around March 2013. AV2 stated that WEEKS took AV2's telephone so that AV2 could not leave and was forced to do the "licks" (sex for money).

84. On AV2's the initial trip to Buffalo, New York she saw about 20 clients and made approximately $3000. AV2 stated that she did not want to see that many clients, but WEEKS kept sending men to the room. Instead of bringing AV2 back to Geneva, New York, WEEKS took AV2 from Buffalo to Rochester, New York. AV2 stated that WEEKS then got a room in Rochester for a few days. At that point, they went to Virginia Beach for a week. WEEKS told AV2 that she was going to tell her dad that AV2 was prostituting. AV2 stated that they were supposed to go home, but WEEKS did not leave her a choice. AV2 felt like WEEKS was blackmailing her.

85. AV2 stated that MV6 stopped working for WEEKS about a week before AV2 started in March 2013. AV2 stated that WEEKS was making AV2 do about 10-15 "licks" a day because AV2 was WEEKS'S only source of income. AV2 said she only received one hit (of heroin) per lick. AV2 stated WEEKS realized that AV2 was a heroin addict and got AV2 to start using heroin again. AV2 said that when she is "dope sick," she will do anything to feel better. AV2 stated that WEEKS told AV2's father to get rid of AV2's apartment because AV2 could live with WEEKS. AV2 stated she worked for WEEKS until AV2, "escaped," one month prior to the interview in June 2014. She reiterated that she was WEEKS'S property until June 2014.

86. AV2 stated that WEEKS eventually started dating Stephen JONES. AV2 stated other girls who worked for WEEKS included MV6, Brooke (not her real name) and other females. AV2 stated that the rest of the girls got fifty percent of the profits. AV2 stated that WEEKS always needed a girl to be her slave because she is lazy. AV2 stated multiple girls performed sex acts for money at WEEKS'S residence in Rochester, New York. AV2

said she lived there, and she would get woken up at all hours of the evening to have sex with a client in exchange for money. AV2 stated that WEEKS "ostracized her (AV2's) family so badly, that I (AV2) had nobody." AV2 said she was stuck. AV2 indicated that it didn't matter if she was sick or not, she had to prostitute when WEEKS said so.

87. AV2 said that JONES threatened her life, and AV2 was scared of JONES. AV2 stated that JONES threatened her with violence on multiple occasions. AV2 stated that JONES has a gun, and AV2 stated that she knew JONES would not hesitate to shoot her. AV2 stated that one time she was on an outcall with a younger guy, and WEEKS called AV2 to tell her to end the date because WEEKS had other clients waiting for AV2. WEEKS eventually came and broke up the date by physically removing AV2 from the hotel, and the client did not want to deal with the situation. WEEKS and JONES drove her out to the middle of nowhere, dropped her off, and threatened to leave her there. AV2 said that WEEKS and JONES laughed at AV2. AV2 said they came back and picked her up because AV2 was their "bread and butter." AV2 said that she was scared to leave because they would punish her. AV2 said she has good credit, and they would put everything in her name, even bank cards.

88. AV2 stated that MV6 and MV7 are two girls that WEEKS had working when they were sixteen years old. AV2 stated that WEEKS has worked in the business since she was 15 years old. AV2 stated that WEEKS worked for herself, but WEEKS realized she could prostitute other girls.

## RECORDED JAIL CALLS BETWEEN JONES AND WEEKS

89. On March 2, 2014, JONES called WEEKS and was advised AV2 was arrested. JONES asked if she (AV2) is in jail, and WEEKS said yes. WEEKS explained that police got a complaint from inside a hotel, and officers talked to MV6 then went to the other room where AV2 was located. WEEKS said the police found a straw in a bag with a little bit of "stuff" (drugs) in it, and they took all the money because AV2 said it was hers. JONES asked how much money was seized and WEEKS replied, at least a "rack." After discussing how to get the money back, JONES stated that law enforcement is going keep the money now because they think it is drug money. WEEKS admitted that she was mad because she spent a lot of money after she got two nice rooms for them. JONES said AV2 was always doing something stupid because of drugs. WEEKS said when the police knocked on MV6's door she should have called up to the other girls to warn them because they were on two different floors. WEEKS said one room was in her name and the other was in AV2's.

90. On March 19, 2014, JONES called WEEKS. During the call, JONES and WEEKS argued. WEEKS said, "You put a sixteen year old girl ahead of me, motherfucker, remember that shit." JONES said, "you got AV2 selling pussy… you give her drugs to sell pussy." JONES told WEEKS what his lawyer told him about what the federal agents have on her. JONES said AV2 tried to put shit on him. JONES said if he sees this shit in anything, he's going to finish her (AV2's) ass.

INTERVIEW OF MINOR VICTIM 7

91. On September 8, 2014, SA Uzarowski and TFO Tucker interviewed MV7, in Rochester, New York. MV7 was asked about her knowledge of Kasandra WEEKS and her activities. MV7 said that she used to be around WEEKS and knew her to be a pimp that prostituted girls. MV7 said that she helped WEEKS with one girl who had a drug issue (AV2). At first, MV7 said she did not work for WEEKS as a prostitute, but after investigators advised her that investigators had read Facebook chats and talked to other witnesses, MV7 admitted she had. MV7 said that WEEKS'S main girl is named (AV2) and WEEKS was prostituting AV2 at WEEKS'S residence in Rochester, New York. MV7 said WEEKS paid AV2 in heroin and took all the money AV2 made. MV7 said that WEEKS had a lot of girls that would come and go. These females would want to work as prostitutes, and they would come to WEEKS. WEEKS would manage them, and WEEKS would take her cut. MV7 stated that then the girls would just leave and go back to what they do.

92. MV7 said she liked AV2 and wanted to help her because of the way WEEKS treated AV2. MV7 said that she took AV2 to her (MV7's) house and tried to take care of her, but WEEKS and a guy named JONES came over looking to get AV2 back. MV7 said that when she would not answer the door JONES and WEEKS sat outside her residence calling MV7 on her phone. On the phone, WEEKS and JONES told MV7 that AV2 was their property, and she (MV7) better give AV2 back. MV7 described AV2 as WEEKS and JONES'S sex slave, which they used as a source of income. MV7 said she was threatened but did not turn AV2 over to WEEKS and JONES.

93. MV7 was asked about her involvement with WEEKS, and she said she did not want to get in trouble. MV7 said that she started to prostitute for WEEKS when she was only sixteen in 2011 or 2012. MV7 said she was taken to Buffalo to work in a hotel there and did this activity several times on and off over a period of time. MV7 said that WEEKS always posted the advertisements and arranged the dates. MV7 stated that her agreement with WEEKS was to split the money MV7 earned. MV7 said that the agreement was for WEEKS to get half of the money, but sometimes WEEKS took more or all of the money claiming she had to pay others for the use of a location (rent money or hotel room). MV7 said WEEKS also set the rates for dates, which was $120 for a half hour and $160 for an hour. MV7 said she believed she started working for WEEKS in the summer after her sixteenth birthday. MV7 said she last worked for WEEKS sometime during the end of 2013.

94. MV7 also confirmed she (MV7) worked in at least one hotel in Buffalo and in Rochester, but MV7 could not recall the hotel's names. MV7 also was asked about JONES and her knowledge of his activity and his involvement with WEEKS. MV7 also said that JONES had his own girls that he pimped separate from WEEKS. MV7 was asked how much money she gave to WEEKS during the time she worked for WEEKS. MV7 stated she could not provide specifics but said it was at least several hundred dollars.

<u>RECORDED JAIL CALLS FROM STEPHEN JONES TO KASANDRA WEEKS</u>

95. MV7's statements are supported by recorded conversations between JONES and WEEKS. On January 27, 2014, JONES called WEEKS. She said received a text from MV7. JONES said, "I promise you this: I promise you she (AV2) wants to come home."

WEEKS stated that she was going to "beat her (AV2's) ass." WEEKS stated that she is going to, "abuse the fuck out of her, like really, really beat her ass."

96. On January 29, 2014, JONES called WEEKS. WEEKS stated that Christian Nartey a/k/a Brisco told WEEKS that he found AV2. Nartey said if she paid him he would snatch her. JONES speculated that Brisco would try to make AV2 his. JONES said that AV2 may be with a female pimp named Maraida, and if so, Maraida would never let AV2 go.

97. On January 30, 2014, JONES called WEEKS. JONES told WEEKS to prioritize contacting Nartey about getting AV2. WEEKS said she was thinking about going to Buffalo to make money. JONES said there was a lot of money to make because people would use their tax returns.

INTERVIEW OF MINOR VICTIM 4

98. On September 18, 2014, SA Uzarowski and TFO Tucker interviewed MV4 in Rochester, New York. MV4 confirmed she knew a male named "Steve-O" but had only heard him called that once. MV4 stated she knew him by the name "Bless". MV4 went on to say that she met him through her friend MV1. MV4 said her mother did not want her hanging around with MV1, but MV4 saw Facebook pictures with MV1 with lots of money.

99. MV4 said that she was hanging with MV1 and JONES around the end of December 2013 and early January 2014. MV4 indicated she was sixteen years old at the time. She said on one occasion they partied together in a hotel room, which MV4 believed

to be the Hyatt on Main Street in Rochester, New York. MV4 indicated that JONES, MV1, and ALLEN were all there. MV4 indicated that she learned what MV1 did (work as a prostitute), but on this occasion at the Hyatt, MV4 was not aware of any prostitution activity occurring. MV4 stated that JONES thought MV4 was 17 years old because she indicated that she usually told people she was one year older than she actually was.

100. MV4 admitted that she worked as a prostitute for JONES on two occasions. Once was in Buffalo at a hotel, which was possibly off of Transit Road. The other time was at a single story hotel in Rochester, New York, but MV4 could not recall the details of that hotel location. In Buffalo, MV4 engaged in sex with one customer and the rate was $120. MV4 said she got to keep $50, and JONES kept the rest of the money. MV4 believed that the two separate occasions when she worked as a prostitute for JONES occurred in January 2014.

101. MV4 indicated that no one ever took pictures of her and none of her images are out on websites. MV4 said that she believed JONES posted the ads on backpage.com, and he used his cellphone to do so. MV4 said that MV1 and ALLEN travelled to Buffalo with her and JONES. MV4 also confirmed that JONES took the proceeds directly from MV4 and not one of the girls. MV4 said that the time she worked as a prostitute for JONES in Rochester, New York she had about four customers. MV4 stated that JONES let her keep about $200.

102. MV4 said that on one occasion she told JONES she did not want to work. She explained that he started to drive her home, but then told her to get, "the fuck out of the

car," while they were still several blocks away from her residence even though it was cold outside. MV4 said she was scared of JONES.

103. On September 24, 2014, SA Uzarowski and TFO Tucker interviewed MV4 in Rochester, New York. MV4 was shown photographs of the Friendly Motel, in Spencerport, New York. MV4 stated that JONES did take her to this location on one occasion. TFO Tucker handed a photo array that contained photographs of six black males, in which Stephen JONES'S photograph was placed in "slot 4," and asked MV4 if she recognized anyone. MV4 immediately responded by pointing to number 4, and stating that the person in slot 4 was JONES or Blessed

INTERVIEW OF ADULT VICTIM 1

104. On October 3, 2014, SA Uzarowski and TFO Tucker interviewed AV1, at the FBI office in Rochester, New York with her attorney. Investigators advised AV1 that they were conducting an investigation into an individual named JONES or Bless, and they had received information that AV1 was aware of this individual. AV1 started to tear up. She stated she did know Bless, and he had kidnapped her and took her to Buffalo in the summer of 2013. At first, AV1 thought it might have been in August 2013, but then said it most likely happened in June or July of 2013.

105. AV1 said at the time she was living in Rochester, New York. AV1 remembered that she was walking down Jay Street near Child just after dusk. As she walked, a big black Chevy Suburban-like vehicle pulled over to the side of the road, and the occupants of the vehicle engaged AV1 in conversation. AV1 stated the vehicle was

occupied by JONES and WEEKS. AV1 indicated that she had never met this couple previously but they convinced her to get into the vehicle to talk. AV1 stated that they asked her if she wanted to party and offered her heroin. AV1 refused and said she only used cocaine, so they provided her with crack cocaine as that was the drug AV1 was abusing at the time.

106. AV1 stated that the three of them drove to a hotel in Henrietta, New York, which AV1 believes was the Days Inn. At the Days Inn, AV1 met a girl named AV2, who was a prostitute working for JONES and WEEKS. While at the hotel in Henrietta, AV1 believed that AV2 saw a client for money (sex for money). AV1 stated that after a couple of hours in Henrietta she asked JONES and WEEKS to take her home. AV1 said they drove and she had no idea where they were taking her. AV1 said they forced her to go to the Buffalo, New York area with them. AV1 stated that she, JONES, WEEKS, and AV2 traveled to a suburb of Buffalo, New York. AV1 stated they checked into a hotel in or around the suburbs of Buffalo, New York. AV1 believed it may have been a Holiday Inn. AV1 indicated they had two rooms: one for AV1 and AV2 and another room for JONES and WEEKS. AV1 stated that while in this location she noticed AV2 had burns on both her arms. AV1 questioned AV2 about the burns, and AV2 stated WEEKS had burned AV2 using a curling iron.

107. AV1 stated that while at the hotel, JONES and WEEKS insisted that AV1 saw a client. Per JONES and WEEKS'S orders, she performed a sexual act with an unknown older, white male for $200. AV1 was not sure if she had vaginal intercourse or oral sex but she knew it was one of the two. AV1 said she was allowed to keep half of the

$200, while JONES and WEEKS kept the other half. AV1 said a client came to see AV2 too, but the client saw the track marks on her arms and decided not have sex with AV2. At around 5:00am the next morning, AV1 snuck out of the hotel room and called her roommate who lived in Rochester, New York. AV1 explained that she did not want to be in that situation, and she asked her roommate to come pick her up and take her home. She ultimately received a ride home.

108. AV1 stated the length of time that she spent with JONES and WEEKS was about a day and a half. AV1 was grateful to AV2 for not alerting JONES and WEEKS that AV1 had left the hotel room. AV1 also said that she was afraid for AV2 because she felt that JONES and WEEKS were going to use her (to make money) and kill her. AV1 said that they abused AV2 and kept her high on heroin. AV1 feared that AV2 would die from a drug overdose.

109. AV1 said after the encounter she received threats from JONES on the phone during voice conversations with him as well as threats through text messages. AV1 stated that JONES was upset AV1 ran away from him, and JONES said he was going to, "body her." AV1 stated that she took this to mean JONES wanted to kill her. AV1 stated that she later told CW3 about the incident. TFO Tucker handed AV1 a photo array that contained photographs of six black males, in which Stephen JONES'S photograph was placed in "slot 4," and asked AV1 if she recognized anyone. AV1 responded by pointing to photograph four, and stated that the person in slot 4 was Bless.

## CONCLUSION

Wherefore, I respectfully submit that the foregoing information establishes probable cause to believe that Stephen JONES a/k/a Steve-O a/k/a Bless, Kasandra WEEKS and Leeosha ALLEN a/k/a Mia have violated Title 18, United States Code, Sections 1591(a)(1) and 1594(c) in that during the period of at least June 2013 through April 2014, in the Western District of New York, they agreed and conspired with each other and others to and did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide and obtain, individuals who had not attained the age of 18 years and would be caused to engage in a commercial sex act. Further, there is probable cause to believe that Steven JONES a/k/a Steve-O a/k/a Bless and Kasandra WEEKS have violated Title 18, United States Code, Sections 1591(a)(1) and 1594(c), in that during the period of at least June 2013 through April 2014, in the Western District of New York, they agreed and conspired with each other to and did knowingly, in and affecting interstate commerce recruit and maintain individuals to engage in commercial sex acts by using threats, force, fraud, or coercion.

I further request that a Criminal Complaint in the form annexed be issued.

Peter Uzarowski
Special Agent
Homeland Security Investigations

Subscribed to and sworn before me
this 13 day of February 2015

Marian W Payson
HON. MARIAN W. PAYSON
United States Magistrate Judge